Elsie Voss, appellee, v. Chicago Railways Company et al., operating under name of Chicago Surface Lines, appellants. Gen. No. 26,006.

Action to recover for injuries to person struck by street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county;

the Hon. Joseph B. David, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded. Opinion filed November 29, 1920.

Charles Le Roy Brown, for appellants; John R. Guilliams and George E. Gorman, of counsel. Busch, Leesman & Roemer, for appellee.

Mr. Justice Dever delivered the opinion of the court.